DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**CHI-ADA CORPORATION,**
Appellant,

v.

**NEIGHBORHOOD HEALTH PARTNERSHIP, INC.,**
Appellee.

No. 4D18-878

[October 18, 2018]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; John B. Bowman, Judge; L.T. Case No. CACE17017356 (02).

Emelike Nwosuocha of Emelike Nwosuocha, P.A. LLC, Miami, for appellant.

Larry Marc Segall of Gibbons, Neuman, Bello, Segall, Allen & Halloran, P.A., Tampa, for appellee.

PER CURIAM.

*Affirmed.*

GERBER, C.J., LEVINE and KLINGENSMITH, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***